JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATRIX INTERNATIONAL TEXTILE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLOTTE RUSSE, INC., *et al*.<br><br>Defendants. | Case No.: CV 17-3378-GW(PLAx)<br>*Hon. George H. Wu Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another.

SO ORDERED.

Date: January 5, 2018          By: _____
                                   *[signature: George H. Wu]*
                                   HON. GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE